IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HARRIS E. GILLEY,

    Plaintiff,

v.                        CASE NO. 4:06cv505-RH/WCS

SHANTA BUTLER, et al.,

    Defendants.

_____/

**ORDER OF DISMISSAL**

This matter is before the court on the magistrate judge's report and recommendation (document 29), to which no objections have been filed. Plaintiff has failed to keep the court advised of his address and otherwise has failed to prosecute this action. He has filed nothing in more than four months, and he has missed deadlines by more than two months. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED. The clerk shall enter judgment stating, "This action is DISMISSED without prejudice for failure to keep the court advised of an address, failure to prosecute, and failure to comply with a

court order." The clerk shall close the file.

      SO ORDERED this 15th day of December, 2007.

                                            <u>s/Robert L. Hinkle</u>
                                            Chief United States District Judge